|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

METRO UNLIMITED WIRELESS, INC.,

        Plaintiff,

        v.

AmGUARD INSURANCE COMPANY; WestGUARD INSURANCE COMPANY, and DOES 1 through 30, inclusively,

        Defendants.

CASE NO.: 2:16-cv-01799-VGC
Reassigned to Hon. Vince G. Chhabria

**[PROPOSED]** ~~**[PROPOSED]**~~ **ORDER RE SERVICE OF PLAINTIFF'S COMPLAINT**

Complaint Filed: August 1, 2016
Trial Date: Not Yet Set

The Court has been advised that the parties wish to stipulate as to service of the Complaint of Plaintiff Metro Unlimited Wireless, Inc. upon Defendants AmGUARD Insurance Company and WestGUARD Insurance Company.

**IT IS HEREBY ORDERED** that:

1) Plaintiff's Complaint is deemed served upon Defendants AmGUARD Insurance Company and WestGUARD Insurance Company as of October 3, 2016.

/ / /

/ / /

/ / /

2) The deadline for Defendants AmGUARD Insurance Company and WestGUARD Insurance Company to respond to Plaintiff's Complaint is November 1, 2016.

Dated: October 19, 2016     By: _____
Hon. Vince G. Chhabria
United States District Court

Respectfully Submitted By:

WESTON & McELVAIN LLP
Richard C. Weston (State Bar No. 126491)
Bryan A. Reynolds (State Bar No. 296434)
1960 E. Grand Ave., Suite 400
El Segundo, CA 90245
Telephone:  (213) 596-8000
Facsimile:  (213) 596-8039
E-mail:    rweston@wmattorneys.com
           breynolds@wmattorneys.com

Attorneys for Defendants,
**AmGUARD INSURANCE COMPANY** and
**WestGUARD INSURANCE COMPANY**