# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO UNLIMITED WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AmGUARD INSURANCE COMPANY; WestGUARD INSURANCE COMPANY, and DOES 1 through 30, inclusively, <br><br> Defendants. | CASE NO.: 2:16-cv-01799-VGC <br> Reassigned to Hon. Vince G. Chhabria <br><br> [~~PROPOSED~~] **ORDER DISMISSING DEFENDANT WESTGUARD INSURANCE COMPANY** |

The Court has received and considered the Joint Motion by and between Plaintiff Metro Unlimited Wireless, Inc. ("Metro") and Defendants AmGUARD Insurance Company ("AmGUARD") and WestGUARD Insurance Company ("WestGUARD").

The Court has been advised that the parties wish to stipulate that:

(1) Defendant AmGUARD Insurance Company is the issuing entity on the policy of insurance at issue in Plaintiff Metro Unlimited Wireless, Inc.'s Complaint;

(2) Defendant WestGUARD Insurance Company is not otherwise liable for the actions alleged in Plaintiff's Complaint.

**IT IS HEREBY ORDERED** that the entire action is dismissed with prejudice, as to Defendant WestGUARD Insurance Company only, with Metro and WestGUARD to each bear their own costs.

Dated: June 1, 2017

By: _____
Hon. Vince G. Chhabria
United States District Court

Respectfully Submitted By:

WESTON & McELVAIN LLP
Richard C. Weston (State Bar No. 126491)
Bryan A. Reynolds (State Bar No. 296434)
1960 E. Grand Ave., Suite 400
El Segundo, CA 90245
Telephone: (213) 596-8000
Facsimile: (213) 596-8039
E-mail: rweston@wmattorneys.com
breynolds@wmattorneys.com

Attorneys for Defendants,
**AmGUARD INSURANCE COMPANY** and
**WestGUARD INSURANCE COMPANY**