UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO UNLIMITED WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AmGUARD INSURANCE COMPANY; WestGUARD INSURANCE COMPANY, and DOES 1 through 30, inclusively, <br><br> Defendants. | CASE NO.: 2:16-cv-01799-VGC <br> Reassigned to Hon. Vince G. Chhabria <br><br> [~~PROPOSED~~] **ORDER EXTENDING DISCOVERY CUT-OFF DATES** |

The Court has received and considered the Stipulation and Joint Motion by and between Plaintiff Metro Unlimited Wireless, Inc. ("Metro") and Defendant AmGUARD Insurance Company ("AmGUARD").

**IT IS HEREBY ORDERED** that this Court's Trial Management Schedule be amended as follows:

(1) The Fact Discovery Cut-off is extended from August 1, 2017 to September 1, 2017;

(2) The Last Day to Hear Dispositive Motions is extended from September 14, 2017 to September 28, 2017.

All other previously established dates are to remain the same.

Dated: July 18, 2017

By: _____
Hon. Vince G. Chhabria
United States District Court

Respectfully Submitted By:

WESTON & McELVAIN LLP
Richard C. Weston (State Bar No. 126491)
Bryan A. Reynolds (State Bar No. 296434)
1960 E. Grand Ave., Suite 400
El Segundo, CA 90245
Telephone:  (213) 596-8000
Facsimile:   (213) 596-8039
E-mail:       rweston@wmattorneys.com
                  breynolds@wmattorneys.com

Attorneys for Defendants,
**AmGUARD INSURANCE COMPANY** and
**WestGUARD INSURANCE COMPANY**