**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| METRO UNLIMITED WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AmGUARD INSURANCE COMPANY; WestGUARD INSURANCE COMPANY, and DOES 1 through 30, inclusively, <br><br> Defendants. | CASE NO.: 2:16-cv-01799-VGC <br> Reassigned to Hon. Vince G. Chhabria <br><br> **[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

The Court has received and considered the Joint Motion by and between Plaintiff Metro Unlimited Wireless, Inc. ("Metro") and Defendant AmGUARD Insurance Company ("AmGUARD").

The Court has been advised that the parties wish to stipulate that:

(1) A settlement agreement has been reached for full resolution of this action with regard to Metro's claims against AmGUARD;

(2) The terms of said settlement agreement have been satisfied;

(3) The parties desire that the entire action be dismissed, with prejudice, with Metro and AmGUARD each bearing their own costs and fees.

| | | |
|---|---|---|
| 1 | **IT IS HEREBY ORDERED** that the entire action is dismissed with prejudice, |
| 2 | as to all defendants, with Metro and AmGUARD to each bear their own costs. |

Dated: October 3, 2017

By: _____
Hon. Vince G. Chhabria
United States District Court

Respectfully Submitted By:

WESTON & McELVAIN LLP
Richard C. Weston (State Bar No. 126491)
Bryan A. Reynolds (State Bar No. 296434)
1960 E. Grand Ave., Suite 400
El Segundo, CA 90245
Telephone: (213) 596-8000
Facsimile: (213) 596-8039
E-mail: rweston@wmattorneys.com
           breynolds@wmattorneys.com

Attorneys for Defendants,
**AmGUARD INSURANCE COMPANY** and
**WestGUARD INSURANCE COMPANY**